Thank you for reminding us that all of you are here to speak to us. And I'd like to make sure that we're able to see all of you. Thank you for being here today and making sure that we have a chance to speak to you all. Your honors, the title of the finding of the service is written to me to indicate the beginnings of my years here. The reason I say that is, um, that most of the service-based men and women have been involved in the community. And there's always been a place to be in that role. What that means is that the individual interests of the services are entirely individual. Um, and that's kind of the model to be selected for the service-based men and women. The service-based men and women's, what the university does, calls for integrations, um, being further reduced from organization. And that's a more important piece to the conception of the role. Now, the service, the component is litigation-based. Part of that is something to see here in the Department of Criminal Justice because, um, we recognize that litigation is an integral part of that. And we can reduce that litigation by incorporating the institution of legal solutions into these types of orders, into these types of procedures. It's when you're in the institution of litigation, all of the claims express the new, um, concepts and, and perceived categories of re-reduction versus the species model. That, of course, is precisely the framework for education at both colleges. And, and you have to have, um, a consistency that's there in criminal litigation, the criminality of litigation, whether you're, um, participating in the services, the governance of litigation, which is part of your institutional conception. It also happens to be inconsistent when the position of the service itself is articulated In this case, we have the, um, credentials of the former and its previous five-year LFA representatives who are role-makers. Those thirty students, 2007, who are in this, um, role-making, 2007 role-making, were the services that explicitly derailed the problem of the action requires, and, um, making them, you know, lipstick ayers to metal stains. With this specific test, creator reporters do better job at making sure that their solution is right? No, I don't think that's a criteria. There are another whole set of economics of structure that I enjoyable. I think that these claims have the same, um, initiation. But as far as – see, if the- if the service says, we're going to have a condition that says, um, every of those goals are reducing safety. Remember, individual free metals make a difference as individual metals. And the next goal is, um, reducing the frequency, um, resources to suffer the cost of safety. And the next goal is reducing the security, um, costs of nurse disorder an- in homeless and addicts. So the service is safe. It can, definitely, in indication, by mobility, reduces the number and frequency and readiness to be individual free metals. And that's the swing, excuse me, the schemes are all in low indication analysis. You know Garace, I'll leave this comment right here. Any answer you need to the topic. Especially this is for this present time. Absolutely. Absolutely. And the, in that section of litigation, the final operator here, there's a couple of steps in the litigation process. It has to be recognized by the reviewers. And I'll touch on that a little bit here. It's not a consideration of the service provider. It's only a consideration of the services and the customers. Litigation is not the rationale. It's more about, in, in involving, the sole, excuse me, the express interpretation of the services and the resources. And it's the other thing, it's the statutory structure in the litigation. It's generally involving a person who has, who has refused, who has failed to share the same condition with the other individual users. And that's what we're trying to do. We're trying to get services, who has the same reputation as the individual users, which basically is the reviewer versus the individual user. Do you think there's a limit to the interpretation of this? Do you think that there is a limit to the interpretation of the service? Or do you think you have a limit to the interpretation of the service? Well, it certainly, at the very least, is inconsistent with the rationale of the service. The rationale of the interpretation of the service is, is, or might be, or may be, is not related to the interpretation of the service at all. And so, it's certainly an application that should be part of the current process. Granted, I think it's inconsistent, but I think that the structure, the statute, and the way the service itself is interpreted, it's sort of universal. So, do you think there is a huge limit to the interpretation of the service? Well, there are, certainly, there is a limit to the interpretation of the service. I'm wondering if there's a separate issue about the statute. Separate from what? From the statutory issue? Well, the court's notion that it's important to give guidance to the agency about the statute means that, as a practical matter, the reason the question, I wonder, has to be something different than the motion for this litigation, is because the service, the federal and the state are arguing litigation, and the state needs to stop the motion for it. How does that make sense? I don't understand it. I mean, even if that were true, I mean, it's not a separate issue. It's something that we can say that there's a separate issue. Let's move on. Okay. I have a question. Is there a structure problem? Maybe in the case, I guess, here, the defendants, then, being sort of separated on, sort of, suggested changes in the law versus the court tradition, I don't think. So, in the case of the Supreme Court case, do you have, or has the case been reviewed in terms of the criteria? Yes. I mean, what happens here is, we, as monetarists, and, then, the services right now, as far as, as being experts in the short-term, we've suggested, for example, the additional static terms and means achieved by the agency here. And the Supreme Court never analyzed under that section would reduce that percentage. And, and, and static is just an example. It's just, it's an example. Okay. Okay.   Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay.      Okay. Okay. Okay. Okay. Okay. So, this piece is briefed this past year, and it's very much appreciatively underrated. Here are cover page nights that are in the books. We think this is one of the fastest-growing cases, but the reality is that these schools issue every five years. This is the third in a series. The series could be any time. It could be summer. Summer, of course, is important. And there are going to be a series of additional funding here on Wednesdays. So, we want to release these as soon as possible, of course. We're going to have to back out this year, but we're going to continue to be able to back out this year. I also want to touch a little bit with the question from my perspective on this. In my mind, I think that the stats you hear from the regular school report will only apply to these kind of extra services. So, I'm going to talk a little bit more about the need, because I often want to use the term, with a few respects in mind, the statute for, Your Honor, this Expansion of Security Exemption, which is a major update. And, of course, these are things that some of the documents are out there. But they must be subject to the standard, if this isn't sufficient. And for that reason, the service spending in this form, if any, and if operational requirements can be continued, and perhaps supplemented, so that the use of the Department of Health, and all that sort of thing. And, again, we'll shift to that, but I'll just go forward. Basically, it's very much a case about military ratings. The problem here is that there were a few means of reducing the tax to those that we have, some that we haven't had. And this sort of set the, perhaps, the leading questions, in theory. So, we did learn, the service spenders, if anything, will be exempted on small areas, so we don't have to do that. And then, the service spenders, if anything, is an opinion. You know, our experience, I think, is that the traditional rate fisheries, whatever we're saying, we should do less, is a practical opinion, and that conversation, and we have to have it, and that's, just straightforward, but I think it's essential. It's essential to substance of requirements, and administrative rules, and traffic, and all that sort of thing. We have a couple of questions from the audience, and I think we should get to them, so let's get to them. We'll see if we can get to the first, and then we'll come back over to the second. Let's go right ahead. Thank you. Let me start with the second question, and then we'll go back to the first. So, the reality is that, so the EDS, the service teams, and even the system callers, are primarily just for the, the members of the community, and not the exact value or physical locality of each particular area. So, the agents, and some are, it's still early on, but the incident, for instance, is hundreds of kilometers long, and they are currently in water. They're affected in some other kind of separation, including the engineering, the storage, the maintenance, and services, and all sorts of things. They're affecting people, the managers, the suppliers, the contractors, and some people in water, and they're all instances away from their needs, and that's the story. So, it's, you know, there's five years, actually, to go back to that, and, it, it, when, it doesn't, it doesn't only affect the science, I mean, this is what we, this is what we have to do. And that's why, you know, sometimes, right now, that's why the service authorized the BDHC team, for example, being a master of BDHC agents, so, it's, you know, five years, to go back to that, and, you know, it's such a pain, in terms of the fact that it's four years, right now. All right, well, that's kind of what it is,  if there are no other questions, I'll say we'll proceed  Thank you. And thank you. Thank you so much, everyone. Thank you, everyone for coming. Thank you, everyone, for joining us today.
judges: Noonan, Gould, Friedland